STATE OF ALASKA
Margaret Paton Walsh, ABA #0411074
Department of Law
1031 West Fourth Avenue, #200
Anchorage, AK 99501
Telephone: 907.269.5100
margaret.paton-walsh@alaska.gov

BIRCH HORTON BITTNER & CHEROT
David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
510 L Street, #700
Anchorage, AK 99501
Telephone: 907.276.1550
dgross@bhb.com
mmichaletz@bhb.com

*Attorneys for Plaintiff the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE STATE OF ALASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.,<br><br>    Defendants. | Case No. 3:23-cv-00233-SLG |

**THE STATE OF ALASKA'S UNOPPOSED MOTION**
**TO WITHDRAW AS COUNSEL**

Plaintiff, the State of Alaska, hereby moves for leave to withdraw Linda Singer, Elizabeth Smith, and Christopher F. Moriarty as counsel in this matter. Ms. Singer, Ms. Smith, and Mr. Moriarty are members of the law firm Motley Rice LLC, which the State of Alaska retained as outside counsel in this Action. On October 23, 2025, the State of Alaska terminated its retention of Motley Rice LLC.

Alaska Local Rule 11.1 requires that a motion for leave to withdraw must be accompanied by (A) written consent of the client; (B) substitution of counsel and formal appearance of substituting counsel; or (C) a showing of good cause. Each justification is met here. The State of Alaska consents to the withdrawal; the State continues to be represented in this matter by the Department of Law and Birch Horton Bittner & Cherot; and the termination of the State's retention of Motley Rice LLC is good cause for the firm's withdrawal.

The State of Alaska reached out to counsel for Defendants, who did not oppose this Motion.

Dated: November 7, 2025

        STEPHEN J. COX
        ATTORNEY GENERAL

        By: */s/ Margaret Paton Walsh*
        Margaret Paton Walsh
        Department of Law
        1031 West Fourth Avenue, #200
        Anchorage, AK 99501
        Telephone: 907.269.5275
        margaret.paton-walsh@alaska.gov

STATE OF ALASKA V. EXPRESS SCRIPTS, INC., ET AL.   CASE NO. NO. 3:23-CV-00233-SLG
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL   PAGE 2 OF 3
Case 3:23-cv-00233-SLG   Document 149   Filed 11/07/25   Page 2 of 3

                */s/ David Karl Gross*
                BIRCH HORTON BITTNER & CHEROT
                David Karl Gross, ABA #9611065
                Mara E. Michaletz, ABA #0803007
                510 L Street, #700
                Anchorage, AK 99501
                Telephone: 907.276.1550
                dgross@bhb.com
                mmichaletz@bhb.com

                *Attorneys for Plaintiff the State of Alaska*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, I served a copy of the State of Alaska's Unopposed Motion to Withdraw as Counsel & [Proposed] Order Granting the State of Alaska's Unopposed Motion to Withdraw as Counsel on all counsel of record via the CM/ECF system.

                */s/ Alli White*
                Alli White

STATE OF ALASKA V. EXPRESS SCRIPTS, INC., ET AL.     CASE NO. NO. 3:23-CV-00233-SLG
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL     PAGE 3 OF 3
Case 3:23-cv-00233-SLG    Document 149    Filed 11/07/25    Page 3 of 3